IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLEVELAND LEE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 08-cv-697-bbc

JOHN PAQUIN, Warden Prairie du
Chien Correctional Institution

    Respondant.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus.

_____      3/19/10
Peter Oppeneer, Clerk of Court      Date