IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLEVELAND LEE,

    Petitioner,

v.

JOHN PAQUIN, Warden Prairie du
Chien Correctional Institution

    Respondant.

AMENDED JUDGMENT IN
A CIVIL CASE

Case No. 08-cv-697-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying the petition for a writ of habeas corpus.

_____  _____
Peter Oppeneer, Clerk of Court      4/7/10 Date